**Order filed November 23, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00237-CV

_____

### ELIJAH OVERTON AND GLORIA OVERTON, Appellants

### V.

### WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2., Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-268031**

## ORDER

On September 8, 2021, appellants filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules. *See* Tex. R. App. P. 38.1(a), (b), (c), (e), (f),(h), (i), (j) and (k).

Accordingly, we order appellant's brief filed September 8, 2021, stricken. Appellants are ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within ten (10) days** of the date of this order. *See* Tex. R. App. P. 38.1(a), (b), (c), (e), (f), (h), (i), (j) and (k).

If appellants file another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellants from filing another, and proceed as if appellants had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellants fail to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel Consists of Justices Jewell, Spain, Wilson.